In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THEODORE H. THIESING, as Executor, etc., of ALEXANDER C. F. VON GONTARD, Deceased. In the Matter of the Petition of THE PEOPLES NATIONAL BANK AND TRUST COMPANY to Compel Payment of Funds to Set up and for a Judicial Construction of the Trust Created under Paragraph Eleventh of the Last Will and Testament of ALEXANDER C. F. VON GONTARD, Deceased. ELIZABETH LADD VON GONTARD, Appellant; THEODORE H. THIESING, as Executor, etc., of ALEXANDER C. F. VON GONTARD, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SAMUEL KIRSCHBAUM, Appellant, v. SAMUEL S. DAUMAN, Doing Business as " BELDON ELECTRIC COMPANY," etc., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

CELIA LIEBMAN and Another, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH KAUFMAN and Others, as Trustees under a Declaration of Trust Dated March 10, 1936, and a Plan for the Reorganization of Series " B-1 " Mortgage Investment, Approved by a Final Order Dated December 3, 1935, Appellants, v. WILLIAM STANLEY MILLER, as President, and HUBERT T. DELANY and Others, as Commissioners, Constituting the Tax Commission of the City of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 1.) BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 2.) — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HERMAN WEISS, Trustee in Bankruptcy of LET'S GO TO MURRAY'S INC., Appellant, v. FLEETWOOD BANK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel and Taylor, JJ.; Close, J., not voting.

ELIZABETH WENZEL, an Infant, by HERMAN G. WENZEL, Her Guardian ad Litem, and HERMAN G. WENZEL, Individually, Respondents, v. OLIVE DUNCAN and Another, Defendants, and INCORPORATED VILLAGE OF FREEPORT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

HOWARD O. WOOD and Others, as Trustees under the Last Will and Testament of ROBERT C. OGDEN, Deceased, Respondents, v. OLIVE DENNING and Others, Defendants, and CHARLES CORNELL, Appellant; EDNA M. WATERMAN, Receiver, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present Lazansky, P. J., Adel, Taylor and Close, JJ.; Hagarty, J., not voting.

CAVANAGH & MAHER, INC., Respondent, v. AUGUST KNEHER and REHENK HOLDING CORP., Appellants, and LOUIS E. BERNSTEIN and Another, Defendants.